Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
**(Electronically Filed)**

**CRIMINAL ACTION NO. 3:22-CR-111-DJH**
**UNITED STATES OF AMERICA,**                                         **PLAINTIFF,**

vs.

**DAYTON PETERSON,**                                                          **DEFENDANT.**

**DEFENDANT'S TRIAL MEMORANDUM**

**I. Statues Involved and Elements of the Offenses**

On September 18, 2023, the United States filed a second superseding indictment which charged Dayton Peterson in counts 6-8; 10 and 11; and 18-20. [DN 92] Mr. Peterson has been charged with the following offenses:

Count 6: Kidnapping, in violation of 18 U.S.C. §1201 (a)(1) and (2);

Count 7: Impersonator Making Arrest or Search, in violation of 18 U.S.C. §913 and 2;

Count 8: Robbery, in violation of 18 U.S.C. §1951(a) and 2;

Count 10: Brandishing a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. §924(c)(1)(A)(ii);

Count 11: Conspiracy to Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. §§846 and 841(a)(1), and (b)(1)(A);

Count 18: Possession with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. §841(a)(1), and (b)(1)(B), and 18 USC §2;

Count 19: Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. §924(c)(1)(A); and

1

Count 20: Engaging in Monetary Transactions Derived From Specified Unlawful Activity, in violation of 18 U.S.C. §1957.

**II. Statement of Disputed and Undisputed Facts**

Defendant, by his plea of not guilty, denies and disputes all factual allegations of the United States.

**III. Unresolved Substantive Issues of Law**

None known at this time.

**IV. Evidentiary Issues**

None known at this time.

**V. Known or Anticipated Trial Problems**

None known at this time.

**VI. Proposed Jury Instructions**

The defendant's proposed Jury Instructions are being filed in a separate pleading. Defendant would ask for leave to file this pleading after the United States has filed its proposed Jury Instructions so that the parties have an opportunity to attempt to reconcile any differences prior to Defendant submitting their proposed jury instructions.

**VII. Proposed Voir Dire**

The defendant's proposed Voir Dire questions are being filed in a separate pleading. The Defendant would also respectfully request the Court to allow the attorneys to conduct a brief Voir Dire after the Court conducts its Voir Dire.

**VIII. Statement of the Case**

On October 18, 2023, a federal Grand Jury sitting in the Western District of Kentucky returned a Second Superseding Indictment against Dayton Peterson for the charges listed in section

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

I of this trial memo, occurring on or about August 16, 2022 to October 26, 2022. Mr. Peterson has pleaded not guilty to the crimes charged in the Indictment. The Indictment is not evidence at all of guilt. It does not even raise any suspicion of guilt. It is just the formal way that the government tells Mr. Peterson what crime he is accused of committing. Mr. Peterson starts the trial with a clean slate, with no evidence at all against him, and the law presumes that he is innocent. This presumption of innocence stays with him unless the government presents evidence here in Court that overcomes the presumption, and convinces you beyond a reasonable doubt that he is guilty.

**IX. Exhibit List**

The defendant respectfully declines to outline his exhibit list or defensive strategy to the United States, but will discuss same with the Court *ex parte* and *in camera* if requested. In addition, the Defendant would identify for use at trial, any and all exhibits proposed by the United States.

s/ Aaron M. Dyke
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

**CERTIFICATE**

This is to certify that on February 15, 2024, I electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send notice of electronic filing to the attorneys of record.

s/ Aaron M. Dyke

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808