

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-cr-111-DJH

JOHN E. LOHDEN, Jr.,
DAYTON PETERSON, and
SAMANTHA TRUMMER,     Defendants.

\* \* \* \* \*

### VERDICT FORM

We, the jury, find Defendant John E. Lohden, Jr.,

As to Count One:

    GUILTY __✓__        NOT GUILTY ____

As to Count Two:

    GUILTY __✓__        NOT GUILTY ____

As to Count Four:

    GUILTY __✓__        NOT GUILTY ____

As to Count Five:

    GUILTY __✓__        NOT GUILTY ____

As to Count Six:

    GUILTY __✓__        NOT GUILTY ____

As to Count Seven:

    GUILTY __✓__        NOT GUILTY ____

As to Count Eight:

    GUILTY __✓__        NOT GUILTY ____

As to Count Nine:

> Question 1. With respect to the charge in Count Nine of the indictment for using, carrying, or brandishing a firearm during and in relation to a crime of violence, we find the defendant John Lohden:
>
> GUILTY ✓          NOT GUILTY ____
>
> If you answered guilty in response to Question 1, proceed to Question 1(a).
>
> If you answered not guilty in response to Question 1, skip Question 1(a) and proceed to Count Eleven.
>
> Question 1(a). With respect to Count Nine, we find that defendant John Lohden:
>
> ___✓___ used or carried the firearm during and in relation to the crime.
>
> _____ brandished the firearm during and in relation to the crime.

As to Count Eleven:

> Question 1. With respect to the charge in Count Eleven of the indictment for conspiracy to possess with intent to distribute controlled substances, we find the defendant John Lohden:
>
> GUILTY ✓          NOT GUILTY ____
>
> If you answered guilty in response to Question 1, proceed to Question 1(a).
>
> If you answered not guilty in response to Question 1, skip Question 1(a) and proceed to Count Twelve.

Question 1(a). With respect to Count Eleven, the amount of the mixture or substance containing a detectable amount of cocaine was (indicate answer by checking one line below):

____✓____ 5000 grams (5 kilograms) or more.

_____ less than 5000 grams (5 kilograms) but more than 500 grams.

_____ less than 500 grams.

Question 1(a). With respect to Count Eleven, the amount of the mixture or substance containing a detectable amount of heroin was (indicate answer by checking one line below):

____✓____ 1000 grams (1 kilogram) or more.

_____ less than 1000 grams (1 kilogram) but more than 100 grams.

_____ less than 100 grams.

As to Count Twelve:

Question 1. With respect to the charge in Count Twelve of the indictment for possession with intent to distribute controlled substances, we find the defendant John Lohden:

GUILTY __✓__                NOT GUILTY_____

If you answered guilty in response to Question 1, proceed to Question 1(a).

If you answered not guilty in response to Question 1, skip Question 1(a) and proceed to Count Thirteen.

3

Question 1(a). With respect to Count Twelve, the amount of the mixture or substance containing a detectable amount of cocaine was (indicate answer by checking one line below):

_____✓_____ 5000 grams (5 kilograms) or more.

_____ less than 5000 grams (5 kilograms) but more than 500 grams.

_____ less than 500 grams.

Question 1(a). With respect to Count Twelve, the amount of the mixture or substance containing a detectable amount of heroin was (indicate answer by checking one line below):

_____✓_____ 1000 grams (1 kilogram) or more.

_____ less than 1000 grams (1 kilogram) but more than 100 grams.

_____ less than 100 grams.

As to Count Thirteen:

    GUILTY __✓__               NOT GUILTY_____

As to Count Fourteen:

    GUILTY __✓__               NOT GUILTY_____

We, the jury, find Defendant Dayton Peterson,

    As to Count Six:

        GUILTY __✓__                  NOT GUILTY _____

    As to Count Seven:

        GUILTY __✓__                  NOT GUILTY _____

    As to Count Eight:

        GUILTY __✓__                  NOT GUILTY _____

    As to Count Ten:

        Question 1. With respect to the charge in Count Ten of the indictment for using, carrying, or brandishing a firearm during and in relation to a crime of violence, we find the defendant Dayton Peterson:

            GUILTY __✓__                  NOT GUILTY _____

        If you answered guilty in response to Question 1, proceed to Question 1(a).

        If you answered not guilty in response to Question 1, skip Question 1(a) and proceed to Count Eleven.

        Question 1(a). With respect to Count Ten, we find that defendant Dayton Peterson:

            __✓__ used or carried the firearm during and in relation to the crime.

            __~~scratched out~~__ brandished the firearm during and in relation to the crime.

    As to Count Eleven:

        Question 1. With respect to the charge in Count Eleven of the indictment for conspiracy to possess with intent to distribute controlled substances, we find the defendant Dayton Peterson:

            GUILTY __✓__                  NOT GUILTY _____

If you answered guilty in response to Question 1, proceed to Question 1(a).

If you answered not guilty in response to Question 1, skip Question 1(a) and proceed to Count Fifteen.

Question 1(a). With respect to Count Eleven, the amount of the mixture or substance containing a detectable amount of cocaine was (indicate answer by checking one line below):

_____ 5000 grams (5 kilograms) or more.

\_\_\_\_✓\_\_\_\_\_ less than 5000 grams (5 kilograms) but more than 500 grams.

_____ less than 500 grams.

Question 1(a). With respect to Count Eleven, the amount of the mixture or substance containing a detectable amount of heroin was (indicate answer by checking one line below):

_____ 1000 grams (1 kilogram) or more.

\_\_\_\_✓\_\_\_\_\_ less than 1000 grams (1 kilogram) but more than 100 grams.

_____ less than 100 grams.

As to Count Fifteen:

Question 1. With respect to the charge in Count Fifteen of the indictment for possession with intent to distribute controlled substances, we find the defendant Dayton Peterson:

GUILTY ✓              NOT GUILTY \_\_\_\_\_

If you answered guilty in response to Question 1, proceed to Question 1(a).

If you answered not guilty in response to Question 1, skip Question 1(a) and proceed to Count Sixteen.

Question 1(a). With respect to Count Fifteen, the amount of the mixture or substance containing a detectable amount of cocaine was (indicate answer by checking one line below):

_____✓_____ more than 500 grams.

_____ less than 500 grams.

Question 1(a). With respect to Count Fifteen, the amount of the mixture or substance containing a detectable amount of heroin was (indicate answer by checking one line below):

_____✓_____ more than 100 grams.

_____ less than 100 grams.

As to Count Sixteen:

GUILTY __✓__          NOT GUILTY_____

As to Count Seventeen:

GUILTY __✓__          NOT GUILTY_____

We, the jury, find Defendant Samantha Trummer,

As to Count Fifteen:

Question 1. With respect to the charge in Count Fifteen of the indictment for possession with intent to distribute controlled substances, we find the defendant Samantha Trummer:

GUILTY_____    NOT GUILTY __✓__

If you answered guilty in response to Question 1, proceed to Question 1(a).

If you answered not guilty in response to Question 1, skip Question 1(a) and proceed to Count Seventeen.

Question 1(a). With respect to Count Fifteen, the amount of the mixture or substance containing a detectable amount of cocaine was (indicate answer by checking one line below):

_____ more than 500 grams.

_____ less than 500 grams.

Question 1(a). With respect to Count Fifteen, the amount of the mixture or substance containing a detectable amount of heroin was (indicate answer by checking one line below):

_____ more than 100 grams.

_____ less than 100 grams.

As to Count Seventeen:

GUILTY __✓__    NOT GUILTY_____

_____158_____        _4-1-24_
Foreperson                Date