UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:22-CR-111-1-DJH

UNITED STATES OF AMERICA,                                                      PLAINTIFF

V.                                                     **Electronically Filed**

DAYTON PETERSON                                                        DEFENDANT

*** *** ***

**NOTICE OF APPEAL**

Notice is hereby given that DAYTON PETERSON, Defendant in the above styled case, pursuant to Rules 3 and 24(a)(3) of Appellate Procedure, hereby appeals the Judgment and Sentence imposed by the District Court in its Judgment entered October 24, 2024 [DN 390], to the Sixth Circuit Court of Appeals.

                                                                                Respectfully submitted,

                                                                                **/s/ Larry D. Simon**_____
                                                                                Larry D. Simon
                                                                                Attorney for Dayton Peterson
                                                                                American Life Building
                                                                                471 West Main Street – Suite 200
                                                                                Louisville, KY 40202
                                                                                (502) 589-4566
                                                                                larrysimonlawoffice@gmail.com

## **CERTIFICATE OF SERVICE**

It is certified that a copy of the foregoing Notice of Appeal was electronically sent via CM/ECF this 7th day of November, 2024, to all counsel of record.

                                                **/s/Larry D. Simon**
                                                Larry D. Simon